DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail:  DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

        Plaintiff,                  06 CIVIL 651 (Preska, J.)

    - against -

ALLOY, INC. and MLF PARTNERS, L.P.,

        Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

        NOTICE IS HEREBY GIVEN that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

        ISSUE has not been joined.

Dated: Southampton, New York
       April 14, 2006

                                  Yours, etc.

                                  _____
                                  David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Loretta Preska, U.S.D.J.
New York, New York
April   , 2006