DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail: DavidLopezEsq@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/06
```

UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

**DEBORAH DONOGHUE,**

      Plaintiff,

      - against -

**ALLOY, INC. and MLF PARTNERS, L.P.,**

      Defendants.

06 CIVIL 651 (Preska, J.)

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
April 14, 2006

Yours, etc.

_David Lopez_
David Lopez, Esq. (DL-6779)

**SO ORDERED:**

Loretta Preska, U.S.D.J.
New York, New York
April 25, 2006

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.